UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAHEE RASHEED,

    Plaintiff,

  v.

I.R.S. REPRESENTATIVE, et al.,

    Defendants.

Case No.  14-cv-05357-VC

**ORDER OF DISMISSAL**

On April 8, 2015, the Court dismissed the plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915 because that complaint to state a claim on which relief may be granted. At that time, the Court informed the plaintiff that, should he wish to file a second amended complaint, it would need to be filed no later than May 8, 2015. As of the date of this Order, the plaintiff has not filed an amended complaint. Nor has he responded in any other way to the Court's April 8, 2015 Order. Accordingly, the case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 12, 2015

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAHEE RASHEED,

    Plaintiff,

    v.

I.R.S. REPRESENTATIVE, et al.,

    Defendants.

Case No. 14-cv-05357-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/12/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tahee Rasheed
3554 17th Street #2
San Francisco, CA 94110

Dated: 5/12/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA