UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE RASHEED,<br><br>   Plaintiff,<br><br>   v.<br><br>I.R.S. REPRESENTATIVE, et al.,<br><br>   Defendant. | 14-cv-05357-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE RASHEED,<br><br>        Plaintiff,<br><br>    v.<br><br>I.R.S. REPRESENTATIVE, et al.,<br><br>        Defendants. | Case No.  14-cv-05357-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 5/12/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tahee Rasheed
3554 17th Street #2
San Francisco, CA 94110

Dated: 5/12/2015

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                            By:_____
                                            Kristen Melen, Deputy Clerk to the
                                            Honorable VINCE CHHABRIA